# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2008

135091

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GAINORS MEAT PACKING, INC.,
   Plaintiff-Appellee,

v

HOME-OWNERS INSURANCE
COMPANY,
   Defendant-Appellant.

SC: 135091
COA: 265278
Huron CC: 03-002120-CK

_____/

   On order of the Court, the application for leave to appeal the May 17, 2007 and September 6, 2007 judgments of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2008

_____
Clerk

s0123